### KENNEDY v. HAGANS et al.

ATKINSON, J. 1. A ground of a motion for new trial which selects several fragments of sentences from different parts of the charge of the court, which are incomplete and unintelligible as set out in such ground, is not sufficiently definite to present any question for determination by this court.  *Holland* v. *Williams,* 126 *Ga.* 617 (55 S. E. 1023).

2. The evidence which was introduced without objection was sufficient to authorize the verdict.     *Judgment affirmed.   All the Justices concur.*

Argued January 6,—Decided April 19, 1909.

Equitable petition.   Before Judge Rawlings.   Bulloch superior court.   May 2, 1908.

*Brannen & Booth* and *H. B. Strange,* for plaintiff in error.

*J. J. E. Anderson* and *R. Lee,* contra.